**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01486-LTB-CBS

BARBARA LOASE,

       Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado banking corporation,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion to Amend Complaint (Doc 12 - filed March 2, 2007) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.

Dated:  March 6, 2007
_____