IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01486-LTB-CBS

BARBARA LOASE,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
a Colorado banking corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion for Leave to Serve Responses to Plaintiff's Interrogatories and Requests for Production of Documents Out of Time (*doc. no. 16*) is **GRANTED**.

**DATED:** March 29, 2007