IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01486-LTB-CBS

BARBARA LOASE,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
a Colorado banking corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Time (*doc. no.25)* is **GRANTED**. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **June 1, 2007**, and the deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **July 2, 2007**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

    IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (*doc. no. 26)* is **GRANTED**. Section 8(d) of the scheduling order is hereby modified to reflect Plaintiff's amended anticipated fields of expert testimony.

**DATED:**    May 9, 2007