IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:06-cv-01486-LTB-CBS

BARBARA LOASE,

Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado Banking Corp.,

Defendant,

_____

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed the Joint Stipulation for Dismissal with Prejudice, and being fully advised in the matter, GRANTS the stipulation . Plaintiff's claims against Guaranty Bank & Trust Company are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of August, 2007.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge